1014

**GOOD HUMOR CORPORATION OF AMERICA, Plaintiff-Appellant, v. YUKON ICE CREAM CO., Inc., Samuel Lipitz, Jacob Cotliar and Rose Ravdiman, Defendants-Appellees.**

No. 260.

Circuit Court of Appeals, Second Circuit.

June 19, 1939.

Daniel G. Albert, of Brooklyn, N. Y. (Lewis Irving Horwitz, of Brooklyn, N. Y., and Richard J. Cowling, of New York City, of counsel), for appellant.

Bachrach, Bachrach & Bisgyer, of Brooklyn, N. Y. (Clarence G. Bachrach, of Brooklyn, N. Y., of counsel), for appellees.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Decree affirmed on the authority of Good Humor Corporation of America v. Bluebird Ice Cream etc., Inc., 2 Cir., 66 F.2d 1013, and Icyclair, Inc., v. Nat. Popsicle Corp., 9 Cir., 94 F.2d 669.

**GRYMES ENGINEERING CO., Owner of the Motor Tanker THE TRED AVON II, on its Own Behalf, etc., Libellant-Appellant, v. Steamtug THE ALL AMERICAN, Her Engines, etc., Claimant-Appellee.**

No. 408.

Circuit Court of Appeals, Second Circuit.

June 19, 1939.

Macklin, Brown, Lenahan & Speer, of New York City (Leo F. Hanan, of New York City, of counsel), for appellant.

Lynch & Hagen, of New York City (Charles W. Hagen and John S. Bull, both of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Decree affirmed.

**Hane HERR, Appellant, v. James E. DUFFIELD et al., Appellees.**

No. 7731.

Circuit Court of Appeals, Sixth Circuit.

May 4, 1939.

George E. Taylor and Milton McCreery, both of Toledo, Ohio (Ritter & Dougherty and Geo. W. Ritter, all of Toledo, Ohio, on the brief), for appellant.

Dan R. Tripplehorn and J. J. Weadock, both of Lima, Ohio (Mackenzie, Weadock & Weadock, Dan R. Tripplehorn, and F. W. Durbin, all of Lima, Ohio, on the brief), for appellees.

PER CURIAM.

Order affirmed upon the authority of Scanlon v. Duffield, 6 Cir., 103 F.2d 572.

**Walter E. IRVING and Irving Iron Works Co., Plaintiffs-Appellants, v. KERLOW STEEL FLOORING CO., Defendant-Appellee.**

No. 6988.

Circuit Court of Appeals, Third Circuit.

June 1, 1939.

Richard Eyre, of New York City, and Thomas G. Haight, of Jersey City, N. J., for appellants.

John C. Kerr, of New York City, for appellee.

Before BIGGS, MARIS, and BIDDLE, Circuit Judges.

PER CURIAM.

The decree is affirmed upon the opinion of Judge Clark, D.C., 25 F.Supp. 901.